UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Erin Jackson,<br><br>               Plaintiff,<br>v.<br><br>Diversified Consultants, Inc.; and DOES 1-10, inclusive,<br><br>               Defendants. | Civil Action No.: 3:10-cv-00380-CSH |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)**

      Plaintiff, Erin Jackson, by her attorney, hereby withdraws her complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  June 2, 2010

                                                                 Respectfully submitted,

                                                                 By: /s/ Sergei Lemberg

                                                                 Sergei Lemberg, Esq.
                                                                 (Bar No. 425027)
                                                                 Lemberg & Associates L.L.C.
                                                                 1100 Summer Street, 3rd Floor
                                                                Stamford, CT 06905
                                                               Telephone: (203) 653-2250
                                                               Facsimile:  (877) 795-3666
                                                               Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2010, I electronically filed the foregoing with the Clerk of the District Court of the District of Connecticut using the CM/ECF system:

By: /s/ Sergei Lemberg
Sergei Lemberg, Esq.